UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTONIO F. CARSON,

       Plaintiff,                            Case No.  2:07-CV-29

v.                                          Hon. Gordon J. Quist

SANDRA MONROE, et al.,

       Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action filed on January 22, 2009.  The Report and Recommendation was served on the parties the same date.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed January 22, 2008, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Schaeffer's, Hite's, and Blackford's and Abdellatif's  Motions for Summary Judgment (docket nos. 82, 85, and 101) are **GRANTED**, and Plaintiff's claims against those Defendants are **dismissed**.

Dated:  February 25, 2009                                         /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE