UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTONIO F. CARSON,

    Plaintiff,

v.                                                         Case No. 2:07-CV-29

SANDRA MONROE, et al.,                 HON. GORDON J. QUIST

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on September 22, 2009. On September 30, 2009, the Magistrate Judge entered an order granting Plaintiff's motion for an enlargement of time to file objections, giving Plaintiff 28 days from the date of the order to file objections. More than 28 days has passed, and no objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued September 22,, 2009 (docket no.228) is **ADOPTED** as the Opinion of this Court.

**IT IS FURTHER ORDERED** that: (1) Defendants' Motions for Summary Judgment (docket nos. 161 and 201) are **GRANTED**, and Defendants Monroe, Miller, Salmi, Cheatham, Scott, Bauman, Girth, Salo, and McBurney are **dismissed**; (2) Defendant Bott is **dismissed** for failure to effectuate service; and (3) Plaintiff's Motion for Sanctions (docket no. 210) and Motion for Extension of Time (docket no. 217) and Defendants' Motion for a Continuance (docket no. 220) are **DENIED**. The Court defers ruling on Plaintiff's request to enter a default judgment against Defendant Nowaki.

Dated: November 20, 2009                                      /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE